AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROY DANIELS MORAGA,

          Plaintiff,

v.

J. ISAACSON, *et al.*,

          Defendants.

JUDGMENT

Case Number: 3:21-cv-00440-MMD-CSD

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's First Amended Complaint (ECF No. 6) is dismissed in its entirety with prejudice, as amendment would be futile

    **IT IS FURTHER ORDERED** that the Court certifies that any in forma pauperis appeal from this court's order entered April 8, 2022 (ECF No. 7) would not be taken "in good faith" under 28 U.S.C. § 1915(a)(3).

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: April 8, 2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk